# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PHILLIP R. MINER,

      Plaintiff,

v.                                              Case No. 3:21-cv-633-MMH-PDB

EHANCED RECOVERY
COMPANY, LLC,

      Defendant.

## O R D E R

**THIS CAUSE** is before the Court sua sponte. Upon review of the docket, the Court notes that the Complaint (Doc. 1) does not appear to comply with the new typography requirements set forth in the recently amended Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), which took effect on February 1, 2021. See Local Rule 1.08(a)-(b). As such, the Court directs counsel of record in this case to review the requirements set forth in Local Rule 1.08 and ensure that all future filings are in compliance.[1]

---

[1] Indeed, the Court cautions counsel that the amended Local Rules contain numerous, significant changes. Counsel should review the Local Rules and, to familiarize themselves with key changes, are encouraged to review the "Video Presentation on New Local Rules" available on the Middle District of Florida website at www.flmd.uscourts.gov/local-rules.

2

Going forward, filings which do not comply with this or any other Local Rule may be stricken.

**DONE AND ORDERED** at Jacksonville, Florida this 28th day of June, 2021.

MARCIA MORALES HOWARD
United States District Judge

lc28
Copies:

Counsel of record